1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. McKEON
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  ERIC DEMONE CARPENTER,          )   CASE NO. 1:12-CV-00688-LJO-BAM
                                    )   (HC)
12                 Petitioner,      )
                                    )
13  v.                              )   APPLICATION AND ORDER TO SEAL
                                    )   PSR
14  U.S. JUSTICE DEPARTMENT FEDERAL )
    BUREAU OF PRISON, HECTOR RIOS,  )
15  JR., Warden,                    )
                                    )
16                 Respondents.     )
    _____)

17

18      TO THE HONORABLE BARBARA A. McAULIFFE, UNITED STATES MAGISTRATE

19  JUDGE:

20      MARK J. McKEON, Assistant United States Attorney for the Eastern

21  District of California, applies to this Court and respectfully

22  represents:

23      1.   I have presented to this Court Respondent's Response to

24  Carpenter's Petition for Writ of Habeas Corpus, along with a

25  declaration and attachments to the declaration.

26      2.   Today I submitted to the Court directly, via electronic

27  mailing, a copy of the Petitioner's Presentence Investigation Report

28  (PSR), as Attachment 3 to the Declaration of Alan Ray.

3.   The PSR should be filed under seal, under the rules of this Court.

THEREFORE, the undersigned requests that Attachment 3 to the Declaration of Alan Ray be sealed pursuant to Rule 460(a) of the Local Rules.

DATED: October 15, 2012                    BENJAMIN B. WAGNER
                                           United States Attorney


                                    By     /s/ Mark J. McKeon
                                           MARK J. McKEON
                                           Assistant U.S. Attorney


ORDER

The Court hereby orders that the Petitioner's PSR, filed as Attachment 3 to the Declaration of Alan Ray, in the above-referenced case, shall be sealed until further order of the Court.

IT IS SO ORDERED.

**Dated:   October 17, 2012**          **/s/ Barbara A. McAuliffe**
                                       UNITED STATES MAGISTRATE JUDGE